# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 12-507 consolidated with 12-506


ANTHONY RUBIN

VERSUS

CCMSI AND ST. LANDRY PARISH GOVERNMENT


**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT 4
PARISH OF ST. LANDRY, NO. 10-06105
ADAM JOHNSON, WORKERS' COMPENSATION JUDGE

**\*\*\*\*\*\*\*\*\*\***

## OSWALD A. DECUIR
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Oswald A. Decuir, Billy Howard Ezell, and Phyllis M. Keaty, Judges.


**AFFIRMED.**


**Thomas J. DeJean**
**DeJean & Leger, L.L.C.**
**806 S. Main Street**
**Opelousas, LA 70570**
**(337) 948-9066**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Anthony Rubin**

**James D. Hollier**
**Philip H. Boudreaux, Jr.**
**Laborde & Neuner**
**P. O. Drawer 52828**
**Lafayette, LA 70505-2828**
**(337) 237-7000**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
     **St. Landry Parish Government**

**DECUIR, Judge.**

For the reasons assigned in the companion case of *St. Landry Parish Government v. Anthony Rubin*, 12-506 (La.App. 3 Cir. ___/___/___, ___ So.3d ___), the judgment of the Office of Workers' Compensation is affirmed. Costs of this appeal are assessed to the employer.

**AFFIRMED.**